# United States District Court
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

KENNETH JOHN FREEMAN

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ-06-305

(Name & Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about December 12, 2006, in the Eastern District of Washington, KENNETH JOHN FREEMAN traveled in interstate commerce to avoid prosecution under the laws of the State of Washington for Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073.

I further state that I am a Deputy United States Marshal and that this complaint is based on the following facts:

Continued on the attached sheet incorporated herein by this reference. ☒ Yes ☐ No

Signature of Complainant Martin J. Kridler
Deputy U.S. Marshal, U.S. Marshal Service

Sworn to before me, and subscribed in my presence

December 8, 2006                                              at Spokane, Washington
Date                                                              City and State
CYNTHIA IMBROGNO
United States Magistrate Judge
Name and Title of Judicial Officer                              Signature of Judicial Officer

161208DD_REB.wpd

*In re: the Criminal Complaint of*
*Kenneth John Freeman*

## AFFIDAVIT

STATE OF WASHINGTON  )
                                              :ss
County of Spokane              )

Martin J. Kridler, being first duly sworn on oath, deposes and states:

I am a Criminal Deputy with the United States Marshal Service (USMS) currently assigned to the Spokane, Washington, USMS Office. I began my career in 1985 and have been assigned to the Spokane, Washington, USMS Office since September 1988. As a Deputy U.S. Marshal, part of my responsibilities involve the investigation and apprehension of federal fugitives including violations of 18 U.S.C. § 1073. Prior to my employment by the USMS, I served three years as a military police officer in the U.S. Army where my duties included investigation and apprehension of individuals violating military, federal, state and local law. I am a graduate of the Federal Law Enforcement Training Center, U.S. Military Police Academy, and have a AAS Degree in Law Enforcement from Spokane Community College.

This affidavit is made in support of a complaint charging KENNETH JOHN FREEMAN with Unlawful Flight to Avoid Prosecution, in violation 18 U.S.C. §

Affidavit of Martin J. Kridler
1 of 3
P61208dd.REA.doc

1073.

The facts and opinions set forth in this affidavit have been derived from information provided to me by other Deputies in the United States Marshal Service and/or other state and local law enforcement personnel.

1. Police reports indicate that in Benton County, on or about the 12th day of December, 2000, over the course of approximately two years, KENNETH JOHN FREEMAN had sexual intercourse with his daughter, the victim. The abuse began when the victim was 10 years old and he touched her on her genitals and had her touch him. The next time it happened, KENNTH JOHN FREEMAN put his penis in her mouth and ejaculated. He also put his penis in her anus about five times. The victim confronted KENNETH JOHN FREEMAN about the actions and he apologized.

KENNETH JOHN FREEMAN has been charged in the Superior Court, State of Washington in and for Benton County with three counts of First Degree Rape of a Child based upon this investigation. Subsequent to the filing of those charges, investigators discovered video evidence of some of the abuse perpetrated by KENNETH JOHN FREEMAN upon his daughter as well as one other as yet unidentified minor female.

Affidavit of Martin J. Kridler
2 of 3
P61208dd.REA.doc

Based upon this discovered video evidence, and the fact that there is evidence this video evidence has been transmitted numerous times over the internet, a bail review motion was filed in Benton County Superior Court. A hearing on that motion was scheduled for March 23, 2006. KENNETH JOHN FREEMAN failed to appear at that hearing. KENNETH JOHN FREEMAN has been considered a fugitive since March 23, 2006. Local authorities have been unable to locate KENNETH JOHN FREEMAN and have asked for federal assistance.

_____
Martin J. Kridler, Deputy U.S. Marshal
United States Marshal Service

SUBSCRIBED AND SWORN to before me this ___8th___ day of December, 2006.

_____
Cynthia Imbrogno
United States Magistrate Judge

Affidavit of Martin J. Kridler
3 of 3
P61208dd.REA.doc